No. 78–5193.  KNIGHT *v.* FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.

No. 78–629.  HICKEY *v.* UNITED STATES.  C. A. 5th Cir.  Application for stay, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.  Certiorari denied.

No. 77–1636.  REED *v.* CITY OF LOS ANGELES ET AL., *ante,* p. 825;

No. 77–6574.  YANNI *v.* UNITED STATES, *ante,* p. 840;

No. 77–6683.  CAMPBELL *v.* UNITED STATES, *ante,* p. 841;

No. 77–6914.  DAVIS *v.* LAWYERS PROFESSIONAL RESPONSIBILITY BOARD OF MINNESOTA ET AL., *ante,* p. 807;

No. 77–6984.  KALEC *v.* DELLINGER, PROSECUTOR OF WHITE COUNTY, ET AL., *ante,* p. 857;

No. 78–5045.  ROOKS *v.* UNITED STATES, *ante,* p. 862;

No. 78–5139.  CALHOUN ET UX. *v.* FRANCHISE TAX BOARD OF CALIFORNIA, *ante,* p. 872; and

No. 78–5176.  SCEIFERS *v.* INDIANA, *ante,* p. 873.  Petitions for rehearing denied.

No. 77–1003.  NAPOLI ET AL. *v.* UNITED STATES, 436 U. S. 912.  Motion for leave to file petition for hearing denied.

NOVEMBER 13, 1978

No. 78–431.  GODSY *v.* GODSY.  Appeal from Ct. App. Mo., Kansas City District, dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.